USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SERGIO FRANCO,

                Plaintiff,                16 **CIVIL** 5695 (LMS )

     -against-                                **JUDGMENT**

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated July 27, 2020, Plaintiff's motion for judgment on the pleadings is DENIED, and the Commissioner's motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           July 28, 2020

                                              **RUBY J. KRAJICK**

                                                Clerk of Court

                     **BY:**

                                                 **Deputy Clerk**